## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1

2   **RICHARD SALVATORE ESPOSITO,**

3           **Plaintiff**

4                **v.**                          **CIVIL NO. 98-1599(JAG)**

5

6   **MTEL PUERTO RICO, INC.,**

7           **Defendant**

8

9

10                          **ORDER**

11

    Having considered plaintiff's motion for sanctions of January 10, 1999 (D.E. #14),

12

defendant's opposition of July 8, 1999 (D.E. #16), the memoranda on file (D.E. #21), the oral

13

arguments heard on September 8, 1999, as well as the post hearing memoranda filed (D.E.

14

#26, #27), plaintiff's motion is DENIED.  The objections raised by defendant are well taken.

15

16  The issues raised by plaintiff are of credibility, as well as of a series of facts and events clearly

17  in controversy that will require live testimony.  They are more appropriate to be elucidated

18

during trial.  This magistrate is not convinced that this kind of controversy should be summarily

19

disposed through a motion for sanctions.

20

21  **IT IS SO ORDERED**.

22  San Juan, Puerto Rico, September 28, 1999.

23

24

                              J. ANTONIO CASTELLANOS
25                            UNITED STATES MAGISTRATE JUDGE

26

