# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                Date:   April 27, 2000

RICHARD SALVATORE ESPOSITO           *
                                     *
   Plaintiff                         *
                                     *
vs.                                  *       **Civil 98-1599 (PG)**
                                     *
MTEL PUERTO RICO, INC.               *
                                     *
   Defendant                         *
                                     *
--------------------------------------*

By Order of the Court a settlement conference in the above captioned case, is hereby set for **Wednesday, May 17, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                                Lida Isis Egelé
                                                                Courtroom Deputy

s/c:   David Indiano
       Luis Pérez Giusti