UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CIVIL 98-1599(JAG)
================================================================

RICHARD SALVATORE                         Attorneys:
ESPOSITO                                     For Plaintiffs:

        VS
                                             For Defendant:
MTEL PUERTO RICO, INC


================================================================

By Order of the Court a status conference in the above-mentioned case is hereby set for **WEDNESDAY, OCTOBER 25, 2000 at 3:30 PM.**

Parties to be notified

                                        _____
                                        By:  LILY ALICEA
                                             COURTROOM DEPUTY