UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 25, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        CASE NO. CIVIL 98-1599 (JAG)

===================================================================

RICHARD SALVATORE ESPOSITO            Attorneys:
                                      For Plantiff: DAVID INDIANO

         VS

MTEL PUERTO RICO INC.                 For Defendant:
                                      LUIS PEREZ GUISTI

===================================================================

Case called for status conference. Parties inform the Court that the case has been settled. Judgment will be entered and payment is to be made by November 10, 2000.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy