IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD SALVATORE ESPOSITO

    Plaintiff

    v.                               CIV. NO. 98-1599 (JAG)

MTEL PUERTO RICO, INC.

    Defendants

---

## JUDGMENT

On the basis of the terms and conditions of the settlement agreement discussed by the parties during the October 25, 2000 conference with the Court, and as reflected in the minutes of the status conference held during that date, judgment is hereby entered dismissing the Complaint with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of October, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge


