IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD SALVATORE ESPOSITO

    Plaintiff                                   CIV. NO. 98-1599 (JAG)

    v.

MTEL PUERTO RICO, INC.

    Defendants

## AMENDED JUDGMENT

On the basis of the terms and conditions of the settlement agreement discussed by the parties during the October 25, 2000 conference with the Court, judgment is hereby entered dismissing the Complaint with prejudice. The Court hereby orders Defendant, MTEL Puerto Rico, Inc., to pay Plaintiff, Richard Salvatore Esposito, the amount of $30,000.00, pursuant to the parties' agreement.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of October, 2000.

                                              JAY A. GARCIA-GREGORY
                                              U.S. District Judge