UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD SALVATORE ESPOSITO

Plaintiff(s)

v.                                               CIVIL NUMBER: 98-1599 (JAG)

MTEL PUERTO RICO, INC.

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/13/00<br>**Title:** Motion Requesting Order for<br>Immediate Payment of Settlement<br>Funds and for Sanctions<br>**Docket(s):** 49<br>[x] **Plff(s)**   [ ] Dft(s)   [ ] Other | **MOOT.** |

Date: November 28, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

51